UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES MONROE SILVIS, III, | ) Case No. EDCV 09-1443-GW(AJW) |
| Petitioner, | ) |
| | ) JUDGMENT |
| vs. | ) |
| J.F. SALAZAR, Warden, | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petition for writ of habeas corpus is dismissed as moot.

Dated: 12/13/10

_____
George Wu
United States District Judge

1